**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER ACCEPTING WAIVER OF** |
| Plaintiff, | ) | **PRELIMINARY HEARING** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:10-mj-054 |
| Alberto Jimenez-Bolanos AKA Alberto Jimenez, | ) | |
| | ) | |
| Defendant. | ) | |

On August 27, 2010, defendant filed a Waiver of Preliminary Hearing. The court accepts defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel. Further, based upon defendant's waiver of his right to a preliminary hearing, the court finds that there is probable cause to believe that defendant may have committed the offenses charged in the complaint. Accordingly, the court **ORDERS** that defendant be bound over to the United States District Court to answer to the charges set forth in the complaint. Defendant's preliminary hearing scheduled for September 7, 2010, is cancelled.

Dated this 30th day of August, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge